| | |
|---|---|
| 1 | BRIAN H GETZ, ESQ. (CSBN 85593) |
| 2 | LAW OFFICES OF BRIAN H GETZ |
|   | 88 Kearny Street, Suite 1850 |
| 3 | San Francisco, CA  94108 |
|   | Telephone:     (415) 912-5886 |
| 4 | Facsimile:      (415) 358-4770 |
|   | Email:           brian@briangetzlaw.com |
| 5 | |
| 6 | Attorney for Defendant |
|   | HARLAN KELLY, JR. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:20-MJ-71739-MAG |
| Plaintiff, | **NOTICE OF CHANGE OF E-MAIL ADDRESS** |
| v. | |
| HARLAN KELLY, JR., | |
| Defendant. | |

Notice is hereby given that effective immediately, attorney Brian Getz's email for all correspondence, filing, and service purposes is now: brian@briangetzlaw.com.

Dated: January 4, 2021

Respectfully submitted,
LAW OFFICES OF BRIAN H GETZ

_/s/ Brian H Getz_
BRIAN H GETZ
Attorney for Defendant
HARLAN KELLY, JR.