STEPHANIE HINDS (CABN 149604)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBIN L. HARRIS (CABN 123364)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    Email: robin.harris2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-MJ-71739 MAG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| HARLAN KELLY, | |
| Defendant. | |

    The above-titled matter is currently schedule for a status conference and preliminary examination before the Court on March 10, 2021. The government and defendant stipulate that the parties need additional time to meet and confer and to review materials relevant to this case and therefore the parties agree and jointly request that the March 10, 2021 hearing should be continued, and the parties jointly propose that the status and preliminary hearing now be held on April 28, 2021, at 10:30 a.m.

    The parties further stipulate that the time between March 10, 2021 and April 28, 2021 should be excluded, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), to allow for the effective preparation of the defendant's counsel. The parties stipulate, and ask the Court to find, that the requested exclusion of time

is in the interests of justice and outweighs the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated:   March 8, 2021

STEPHANIE HINDS
United States Attorney
Northern District of California

_____/S/_____
ROBIN HARRIS
Assistant United States Attorney

_____/S/_____
BRIAN GETZ
Attorney for Harlan Kelly

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

_____
HON. Sallie Kim
United States Magistrate Judge