STEPHANIE HINDS (CABN 149604)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBIN L. HARRIS (CABN 123364)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7200
      Facsimile: (415) 436-7234
      Email: robin.harris2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-MJ-71739 MAG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| HARLAN KELLY, | |
| Defendant. | |

The above-titled matter is currently schedule for a status conference and preliminary examination before the Court on April 28, 2021. The government and defendant stipulate that the parties need additional time to meet and confer and to review materials relevant to this case and therefore the parties agree and jointly request that the April 28, 2021 hearing should be continued, and the parties jointly propose that the status and preliminary hearing now be held on June 9, 2021, at 10:30 a.m.

The parties further stipulate that the time between April 28, 2021 and June 9, 2021 should be excluded, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), to allow for the effective preparation of the defendant's counsel.  The parties stipulate, and ask the Court to find, that the requested exclusion of time

1    is in the interests of justice and outweighs the best interest of the public and the defendant in a speedy

2    trial. 18 U.S.C. § 3161(h)(7)(A).

3

4           IT IS SO STIPULATED.

5           Dated:   April 27, 2021              STEPHANIE HINDS
6                                                United States Attorney
                                                 Northern District of California
7
8                                                _____
                                                         /S/
9                                                ROBIN HARRIS
                                                 Assistant United States Attorney
10

11

12                                               _____
                                                         /S/
13                                               BRIAN GETZ
                                                 Attorney for Harlan Kelly
14

15                                               [PROPOSED] ORDER

16                                               **IT IS SO ORDERED.**

17
     Dated: April 27, 2021                       _____
18                                               HON. Jacqueline Scott Corley
                                                 United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28