1 STEPHANIE HINDS (CABN 149604)
Acting United States Attorney

2

3 HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 ROBIN L. HARRIS (CABN 123364)
DAVID J. WARD (CABN 239504)

5 Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495

7      Telephone: (415) 436-7200
      Facsimile: (415) 436-7234

8      david.ward@usdoj.gov

9 Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,            )   CASE NO. 3:20-MJ-71739 MAG
                                        )
15          Plaintiff,                  )   **STIPULATION AND [~~PROPOSED~~] ORDER**
                                        )
16      v.                              )
                                        )
17 HARLAN KELLY,                        )
                                        )
18          Defendant.                  )
                                        )
19 _____     )

20

21      The above-titled matter is currently scheduled for a status conference and preliminary examination

22 before the Court on September 14, 2021. The government and defendant stipulate that the parties need

23 additional time to meet and confer and to review materials relevant to this case.  Therefore the parties

24 agree and jointly request that the September 14, 2021 hearing should be continued, and the parties jointly

25 propose that the status and preliminary hearing now be held on October 20, 2021, at 10:30 a.m.

26      The parties further stipulate that the time between September 14, 2021 and October 20, 2021

27 should be excluded, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), to allow for the effective preparation of

28 the defendant's counsel.  The parties stipulate, and ask the Court to find, that the requested exclusion of

1  time is in the interests of justice and outweighs the best interest of the public and the defendant in a speedy

2  trial. 18 U.S.C. § 3161(h)(7)(A).

3

4        IT IS SO STIPULATED.

5        Dated:    August 24, 2021            STEPHANIE HINDS

6                                             Acting United States Attorney

7                                             _____/s/_____

8                                             DAVID J. WARD
                                              Assistant United States Attorney
9

10

11                                            _____/s/ with permission_____

12                                            BRIAN GETZ

13                                            Attorney for Harlan Kelly

14                                            [~~PROPOSED~~] ORDER

15                                            **IT IS SO ORDERED.**

16

17  Dated: August 24, 2021                   _____

18                                            HON. JOSEPH C. SPERO
                                              United States Chief Magistrate Judge
19

20

21

22

23

24

25

26

27

28